```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANUEL BARRO, et al.,

                                **Plaintiffs,**        20-CV-9615 (PAE)(SN)

           -against-                           **ORDER**

CHOKDEE NYC INC., et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Pursuant to the Civil Case Management Plan and Scheduling Order filed on February 4, 2021, the parties were directed to file a status letter on April 5, 2021. See ECF No. 28. When the parties appeared before me for a settlement conference on March 24, 2021, I directed them to submit a letter on April 7, 2021, as to whether the parties agreed to a settlement. This letter was to serve as their status letter. To date, I have not received any letter. Accordingly, the parties are directed to submit the status letter by April 12, 2021.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       April 9, 2021
                  New York, New York