```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANUEL BARRO, et al.,

                               **Plaintiffs,**                20-CV-9615 (PAE)(SN)

      -against-                                         **ORDER**

CHOKDEE NYC INC., et al.,

                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 9, 2021, I directed the parties to submit a status letter by April 12, 2021. ECF No. 30. Instead of filing the status letter on the docket, the parties emailed the letter to chambers. The parties are accordingly directed to file their status letter on the docket no later than April 16, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 15, 2021
               New York, New York