# Michael Faillace & Associates, P.C.
### Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 25, 2021

<u>VIA ECF</u>  
Hon. Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

    Re:  Manuel Barro, et al v. Chokdee NYC Inc., et al  
       <u>Docket No.: 20-cv-09615 (PAE) (SN)</u>

Your Honor:

  My office represents Plaintiffs in the above-captioned matter. I write to inform the Court on the status of the Parties' submission of the revised Settlement Agreement ("agreement" or "revised agreement") and to request a brief extension of time to submit the agreement. Defendants consent to the extension.

  On October 12, 2021, the Court issued an Order directing the Parties to file a revised agreement specifying, in part, the portion of the settlement fund to which each named Plaintiff is entitled; the means by which each Plaintiff will receive that sum; and how the monthly payments will be disbursed. Our Office made the requisite changes, and on October 15, 2021, the undersigned sent the revised agreement to defense counsel. On that same day, defense counsel accepted the changes that our Office made to the revised agreement. On October 20, 2021, Plaintiffs signed the revised agreement.

  On October 22, 2021, the undersigned sent an e-mail to defense counsel, asking him to send me a revised agreement, executed by Defendants, by today, October 25, 2021. I followed up with defense counsel today at 2:15 p.m. This evening, defense counsel notified me that Defendants need until Thursday, October 28, 2021, to sign the revised agreement.

  In light of the foregoing, Plaintiffs respectfully request the Court to grant the Parties a short extension of time to submit the revised agreement, from today, October 25, 2021, to Friday, October 29, 2021.

*Certified as a minority-owned business in the State of New York*

Plaintiffs thank the Court for its time and consideration of this matter.

> Respectfully submitted,
>
> /s/ *William K. Oates*
> William K. Oates, Esq.
> MICHAEL FAILLACE & ASSOCIATES, P.C.
> *Attorneys for Plaintiffs*

cc: Bingchen, Li, Esq. (via ECF)
*Attorney for Defendants*

Granted.  SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge
10/26/2021