# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

October 29, 2021

<u>VIA ECF</u>
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re: Manuel Barro, et al v. Chokdee NYC Inc., et al
       <u>Docket No.: 20-cv-09615 (PAE) (SN)</u>

Your Honor:

  My office represents Plaintiffs in the above-captioned matter. I write to seek the Court's guidance with respect to the submission of the revised settlement agreement ("revised agreement"), which the Court directed the parties to file by today, October 29, 2021.

  On October 25, 2021, our office submitted an application to the Court requesting an extension to file the revised agreement, from October 25, 2021 to October 29, 2021. On October 26, 2021, the Court granted Plaintiffs' application. As indicated in Plaintiffs' application, Plaintiffs signed the revised agreement on October 20, 2021.

  On October 25, 2021, defense counsel notified me that Defendants would be signing the revised agreement on Thursday, October 28, 2021. At approximately 2:15 p.m. today, I sent an e-mail to defense counsel inquiring about the status of the revised settlement agreement. However, I have not heard back from him. Further, to date, our office has not received an executed revised agreement from Defendants.

  In light of the foregoing, Plaintiffs respectfully request the Court's guidance with respect to the submission of the revised agreement.

  Plaintiffs thank the Court for its time and consideration of this matter.

            Respectfully submitted,

            /s/ *William K. Oates*
            William K. Oates, Esq.
            MICHAEL FAILLACE & ASSOCIATES, P.C.
            *Attorneys for Plaintiffs*

cc: Bingchen, Li, Esq. (via ECF)
     *Attorney for Defendants*