# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

November 5, 2021

VIA ECF  
Hon. Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

        Re:    Manuel Barro, et al v. Chokdee NYC Inc., et al  
               Docket No.: 20-cv-09615 (PAE) (SN)

Your Honor:

      My office represents Plaintiffs in the above-captioned matter. In accordance with the Court's order dated November 4, 2021, I write, jointly with defense counsel, to explain why the Parties did not submit the revised settlement agreement ("revised agreement") by October 29, 2021.

      Plaintiffs signed the revised agreement on October 20, 2021. On October 25, 2021, defense counsel notified me that Defendants would be signing the revised agreement on Thursday, October 28, 2021. On October 29, 2021, I sent an e-mail to defense counsel inquiring about the status of the revised settlement agreement. In the evening of October 29, 2021, defense counsel notified the undersigned that his clients made an appointment to come to his office on October 30, 2021 and that he would send me the revised agreement on that date. Today, defense counsel forwarded to our office a revised agreement signed by Defendants, a copy of which is attached as Exhibit A for the Court's review. Defense counsel stated that the reason for the delay was that Defendants' child had been ill and as a result, they were unable to go to a bank to have their signatures notarized.

      Plaintiffs thank the Court for its time and consideration of this matter.

                                                    Respectfully submitted,

                                                  /s/ *William K. Oates*  
                                                  William K. Oates, Esq.  
                                                  MICHAEL FAILLACE & ASSOCIATES, P.C.  
                                                  *Attorneys for Plaintiffs*

cc:    Bingchen, Li, Esq. (via ECF)  
        *Attorney for Defendants*